IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| Charles Hinton, | : |
| Plaintiff, | : Civil Action No.: 3:13-cv-00430-CRS |
| v. | : |
| Versatile Marketing Solutions, Inc., | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Versatile Marketing Solutions, Inc., without prejudice and without costs to any party.

Dated: August 29, 2014

| Charles Hinton | Versatile Marketing Solutions, Inc. |
|---|---|
| /s/ Joseph E. Blandford | /s/ James Dunn |
| Joseph E. Blandford, Esq. | James W. Dunn Esq. |
| 1387 S. Fourth Street | 310 W. Liberty Street, Ste 206 |
| Louisville, KY 40208 | Louisville, KY 40202 |
| Tel: (502) 636-4615 | Tel: (502) 589-2100 |
| Email: jeblaw@bellsouth.net | Email: cks@iglou.com |
| Attorney for Plaintiff | Attorney for Defendant |

2

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Kentucky Electronic Document Filing System (ECF) and that the document is available on the ECF system.

/s/ *Joseph E. Blandford*
Joseph Blandford, Esq.