IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| Charles Hinton,<br><br>           Plaintiff,<br>v.<br><br>Versatile Marketing Solutions, Inc.,<br><br>           Defendant. | Civil Action No.: 3:13-cv-00430-CRS |

### STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Versatile Marketing Solutions, Inc., without prejudice and without costs to any party.

Dated: August 29, 2014

| Charles Hinton | Versatile Marketing Solutions, Inc. |
|---|---|
| /s/ Joseph E. Blandford<br>Joseph E. Blandford, Esq.<br>1387 S. Fourth Street<br>Louisville, KY 40208<br>Tel: (502) 636-4615<br>Email: jeblaw@bellsouth.net<br>Attorney for Plaintiff | /s/ James Dunn<br>James W. Dunn Esq.<br>310 W. Liberty Street, Ste 206<br>Louisville, KY 40202<br>Tel: (502) 589-2100<br>Email: cks@iglou.com<br>Attorney for Defendant |

IT IS SO ORDERED.

September 3, 2014



**Charles R. Simpson III, Senior Judge**
**United States District Court**